Bolton SULLIVAN et al., Appellants,

v.

MISSOURI PACIFIC RAILROAD COMPANY.

No. 15870.

United States Court of Appeals
Eighth Circuit.

Jan. 23, 1958.

Frederick M. Myers, Pittsfield, Mass., for appellants.

Harold L. Harvey, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of parties in this Court, on stipulation of parties.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

BUILDING MATERIAL AND CONSTRUCTION, ICE AND COAL DRIVERS, WAREHOUSEMEN AND YARDMEN, LOCAL UNION NO. 659, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, AFL–CIO, et al.

No. 15934.

United States Court of Appeals
Eighth Circuit.

Jan. 23, 1958.

Marcel Mallet-Prevost and Stephen Leonard, Asst. Gen. Counsels, National Labor Relations Board, Washington, D. C., for petitioner.

David D. Weinberg, Omaha, Neb., for respondents.

PER CURIAM.

Order: Withdrawal of petition for enforcement of order of National Labor Relations Board and certified record from consideration by Court granted, on stipulation of parties.

James L. McCRORY, as Director of Internal Revenue for the District of Nebraska, Appellant,

v.

Madge C. SCOTT and Madge C. Scott, as Executrix of the Estate of Beeler E. Scott, Deceased.

No. 15924.

United States Court of Appeals
Eighth Circuit.

Jan. 29, 1958.

Byron D. Strattan, Asst. U. S. Atty., Omaha, Neb., for appellant.

Charles W. Baskins and C. L. Baskins, North Platte, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by appellant.